UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11CV114-RJC

| | |
|---|---|
| TIMOTHY ANSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| CLARENCE HICKS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on the Court's own motion and Plaintiff's Motion for Leave to Take Early Discovery. (Doc. No. 15).

On May 11, 2011, the Plaintiff filed a civil rights Complaint under 42 U.S.C. § 1983 which included allegations of retaliation and denial of due process. (Doc. No. 1). On June 6, 2011 Plaintiff's Motion to Amend his Complaint was granted to reflect that Defendant (FNU) Hodges is Brandon Hodges and Defendant Eric Freeman is John Mark Freeman. (Doc. No. 7). As of August 12, 2011, all of the Defendants have filed an Answer to Plaintiff's Complaint asserting standard defenses including failure to exhaust and failure to state a claim for relief. (Doc. No. 14).

The Court advises the parties that should they choose to file any dispositive motions, particularly motions for summary judgment, they must do so within ninety (90) days of the date of this Order.

**IT IS, THEREFORE, ORDERED** that:

1. That the parties have ninety (90) days from the date of this Order in which to file

1

any dispositive motions;

2. That in the event any such dispositive motion is filed, the opposing party shall have thirty (30) days in which to file a response with this Court; and

3. Plaintiff's Motion for Leave to Take Discovery (Doc. No. 15) is GRANTED.

Signed: September 8, 2011

Robert J. Conrad, Jr.
Chief United States District Judge