# United States District Court
# For The Western District of North Carolina
# Asheville Division

Timothy Ansel,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                1:11cv114

Clarence Hicks, et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/2012 Order.

                                                        Signed: October 1, 2012

                                                        Frank G. Johns, Clerk
                                                        United States District Court